**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MARK A. RICKETT**                                                                      **PLAINTIFF**
**ADC# 121301**

**v.**                                    **Case No. 5:17-cv-00131 KGB/BD**

**KENDRIC AVERY;** *et al.*                                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has received a Recommended Disposition from United States Magistrate Judge

Beth Deere (Dkt. No. 14). Plaintiff Mark Rickett has not filed objections. After careful

consideration of the Recommended Disposition, the Court concludes that the Recommended

Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects

(*Id.*). Therefore, defendants' motion for summary judgment is granted (Dkt. No. 8). Mr. Rickett's

claims are dismissed without prejudice.

So ordered this the 31st day of August, 2017.

_____
Kristine G. Baker
United States District Judge