# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MARK A. RICKETT**                                                                               **PLAINTIFF**
**ADC# 121301**

**v.**                          **Case No. 5:17-cv-00131 KGB/BD**

**KENDRIC AVERY;** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, judgment is entered in favor of defendants and this case is dismissed without prejudice.

So adjudged this the 31st day of August, 2017.

                                                           Kristine G. Baker
                                                           United States District Judge